UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES<br>6200 BREEZEWOOD DR.<br>APT. 304<br>GREENBELT, MD 20770<br>301.520.5404<br><br>    Plaintiff,<br><br>V.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC 20210<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 06-2207 CKK |

### AFFIDAVIT OF SERVICE

I Victor Hayes, hereby declare that on the 13th of April 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to U.S. Attorney for The District Of Columbia. Attached hereto is a letter from the United States Postal Service acknowledging service.

**RECEIVED**

APR 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Victor Hayes
Plaintiff, Pro Se
6200 Breezewood Dr.
Apt. 304
Greenbelt, MD 20770



Date: 04/24/2007

Dear Postal Customer:

The following is in response to your 04/24/2007 request for delivery information on your Certified item number 7005 1160 0003 7206 7061. The delivery record shows that this item was delivered on 04/16/2007 at 2:25 pm in WASHINGTON, DC 20001 to R CARSON. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service