UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE CHAO )<br>SECRETARY, U.S. DEPARTMENT )<br>OF LABOR )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.: 06-2207 (CKK) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for defendant in the above-captioned case.

　　　　　　　　　　　　　　　　/s/
ALEXANDER D. SHOAIBI
D.C. BAR 423587
Assistant United States Attorney
555 4th St., N.W., Room E4218
Washington, D.C.  20530
202-514-7236