UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOR HAYES )
6200 BREEZEWOOD DR. )
APT. 304 )
GREENBELT, MD  20770 )
)
    Plaintiff, )
)
V. )    Civil Action No.:06-2207 CKK
)
ELAINE CHAO )
SECRETARY, U.S. DEPARTMENT OF LABOR )
200 CONSTITUTION AVE., N.W. )
WASHINGTON, DC  20210 )
)
    Defendant. )
)

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S PROTECTIVE AND OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT

Plaintiff, Victor Hayes ("Hayes"), respectfully moves this Honorable Court to dismiss Defendant Elaine Chao, Secretary, U.S. Department of Labor's ("DOL") Protective and Opposed Motion for an Extension of Time to File Its Response to Plaintiff's Complaint, as reason therefore, states as follows:

1. The U.S. District Court for the District of Columbia clerk's office's instructions for parties filing a civil complaint instructed Plaintiff Hayes to prepare a summons for the U.S. Attorney for the District of Columbia located at 501 Third Street, NW, Washington, DC 20001.  (Exhibit 1).

2. Per The U.S. District Court for the District of Columbia clerk's office's instructions, Plaintiff Hayes mailed a copy of the summons to the U.S. Attorney for the District of Columbia located at 501 Third Street, NW, Washington, DC 20001 on April 13, 2007.

RECEIVED
JUN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. On April 16, 2007, the U.S. Attorney for the District of Columbia received Plaintiff Hayes' summons (Exhibit 2).

4. On April 24, 2004 Plaintiff Hayes filed an Affidavit of Service to the U.S. Attorney for the District of Columbia with the U.S. District Court for the District of Columbia clerk's office. (Exhibit 3).

5. Pursuant to Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure, Defendant DOL was supposed to serve an answer to Plaintiff Hayes' complaint within 60 days after the U.S. Attorney was severed with Plaintiff Hayes' pleading.

6. Pursuant to Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure, Defendant DOL's answer to Plaintiff Hayes' complaint was supposed to be served upon Plaintiff Hayes on or before June 15, 2007.

7. Defendant DOL did not serve an answer to Plaintiff Hayes' complaint on or before June 15, 2007.

Wherefore, Plaintiff Hayes, respectfully requests:

1. That this Honorable Court dismiss Defendant DOL's Protective and Opposed Motion for an Extension of Time to File Its Response to Plaintiff's Complaint.

_____            6-19-07
Victor Hayes                                        Date
Plaintiff, Pro Se

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 19, 2007 the forgoing Plaintiff's Opposition to Defendant's Protective and Opposed Motion for an Extension of Time to File Its Response to Plaintiff's Complaint was served by U.S. Postal Service Certified Mail on the following:

<u>Agency's Representative, BY U.S. Postal Service Certified Mail</u>

Alexander D. Shoaibi
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Room E-4218
Washington, DC  20530


_____
Victor Hayes
Plaintiff, Pro Se

6-19-07
_____
Date

Rev. 4/06
Pro Se Pd./
Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## INFORMATION FOR PARTIES WHO WISH TO FILE A CIVIL COMPLAINT

The following instructions have been compiled to assist a party wishing to file a complaint in this Court. Although we have attempted to simplify procedures, we cannot provide legal advice, pursuant to our Local Rules. It is not anticipated that these instructions will satisfy all of your needs. The Local Rules are available in the Clerk's Office at no charge, and the Federal Rules of Civil Procedure are available at any public library. Both sets of rules are also available on our website at: www.dcd.uscourts.gov/rules-forms.html.

**FILING FEE:** The required filing fee for a new case is $350.00. Your check or money order should be made payable to "Clerk, U.S. District Court."

**CIVIL COVER SHEET:** Our Civil Cover Sheet, Form JS-44, **must** be completed and submitted with your complaint.

**COMPLAINT:** The name of this Court must be written at the top of the first page. The complete name and address for each plaintiff must be included in the caption of the complaint. A Post Office Box is insufficient as an address, unless you file a separate motion asking the Court to permit such an address. All defendants **must** be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant. The word **COMPLAINT** must appear under the caption. Clearly set out your grievance in the body of the complaint, name those against whom you have a grievance, and what you would like the Court to do to correct the situation. If you are requesting a jury trial, the jury demand must be stated in your complaint. The complaint **must** be double-spaced, on white, letter size (8 1/2 x 11 inch) paper, and two-hole punched at the top. Write only on the front of each page. You **must** originally sign your complaint in ink. The complaint must be filed in duplicate. (Sample format attached).

**SUMMONS:** Your summons must comply with Federal Rule 4(a) and 4(b) before it will be signed by a Deputy Clerk. A summons must be prepared for each defendant listed in your complaint prior to filing. You are responsible for service of the summons and complaint. If a U.S. Government agent or agency is a named defendant, your must prepare two additional summons; one for the U.S. Attorney General, and one for the U.S. Attorney for the District of Columbia. The U.S. Attorney General is located at: 950 Pennsylvania Avenue, NW, Washington, DC 20530. The U.S. Attorney for the District of Columbia is located at: 501 Third Street, NW, Washington, DC 20001. You must serve the originally signed and sealed summons, a copy of the complaint, and any other motion(s) and/or 7.1 Corporate Disclosure Statements presented at the time of filing on each named defendant in your complaint.

**EXECUTED RETURN OF SERVICE:** Litigants must file an executed return of service with the Court for each summons issued. (Sample format attached).

**EEOC COMPLAINT:** If you have been issued a Right to Sue Letter, you should attach it to each complaint.

**CLERK'S OFFICE MAILING ADDRESS:** U.S. District Court Clerk's Office, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001.

NANCY MAYER-WHITTINGTON, CLERK

**EXHIBIT 1**


**UNITED STATES POSTAL SERVICE**®

Date: 04/24/2007

Dear Postal Customer:

The following is in response to your 04/24/2007 request for delivery information on your Certified item number 7005 1160 0003 7206 7061. The delivery record shows that this item was delivered on 04/16/2007 at 2:25 pm in WASHINGTON, DC 20001 to R CARSON. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES<br>6200 BREEZEWOOD DR.<br>APT. 304<br>GREENBELT, MD 20770<br>301.520.5404<br><br>    Plaintiff,<br><br>V.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC 20210<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 06-2207 CKK<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I Victor Hayes, hereby declare that on the 13th of April 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to U.S. Attorney for The District Of Columbia. Attached hereto is a letter from the United States Postal Service acknowledging service.

RECEIVED

APR 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Victor Hayes
Plaintiff, Pro Se
6200 Breezewood Dr.
Apt. 304
Greenbelt, MD 20770

EXHIBIT 3