UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VICTOR HAYES<br>6200 BREEZEWOOD DR.<br>APT. 304<br>GREENBELT, MD 20770<br><br>    Plaintiff,<br><br>V.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC 20210<br><br>    Defendant. | Civil Action No. : <u>06-2207 CKK</u> |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT

Plaintiff, Victor Hayes ("Hayes"), respectfully moves this Honorable Court to grant default judgment against Defendant Elaine Chao, Secretary, U.S. Department of Labor ("DOL"), as reason therefore, states as follows:

1. Pursuant to Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure, Defendant DOL was supposed to serve an answer to Plaintiff Hayes' complaint within 60 days after the U.S. Attorney was served with Plaintiff Hayes' complaint.

2. Plaintiff Hayes' properly served summons informed the U.S. Attorney for the District of Columbia that judgment by default would be taken if an answer to Plaintiff Hayes' complaint was not served on Plaintiff Hayes within 60 days. Plaintiff's Exhibit 1.

**RECEIVED**

AUG - 2 2007

1  NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

3. The Court granted Defendant DOL's motion for extension of time to serve an answer to Plaintiff Hayes' complaint on or before July 16, 2007.

4. Defendant DOL did not serve an answer to Plaintiff Hayes' complaint on or before July 16, 2007.

5. Defendant DOL served Plaintiff Hayes a copy of its Motion to Dismiss on July 17, 2007 via first-class mail. Plaintiff's Exhibit 2.

Wherefore, Plaintiff Hayes, respectfully requests:

1. That this Honorable Court grant default judgment against Defendant DOL for failing to serve an answer to Plaintiff Hayes' complaint within the time ordered by the Court.

_____
Victor Hayes
Plaintiff, Pro Se

8-2-07
_____
Date

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 2, 2007 the forgoing Plaintiff's Motion for Default Judgment Against Defendant was served by U.S. Postal Service (USPS) Certified Mail on the following:

<u>Agency's Representative, BY USPS CERTIFIED MAIL RECEIPT # 7005 1160 0003 7207 6858</u>

Alexander D. Shoaibi
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Room E-4218
Washington, DC  20530


_____          _____
Victor Hayes                                             Date
Plaintiff, Pro Se

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VICTOR HAYES
6200 BREEZEWOOD DR.
APT. 304
GREENBELT, MD 20770
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

ELAINE CHAO
SECRETARY, U.S. DEPARTMENT OF LABOR
200 CONSTITUTION AVE., N.W.
WASHINGTON, DC 20210
Defendant

CASE NUMBER 1:06CV02207

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 12/26/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
501 THIRD STREET, NW
WASHINGTON DC 20001

*PRO SE*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓ (name and address)

VICTOR HAYES
6200 BREEZEWOOD DR.
APT. 304
GREENBELT, MD 20770

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 26 2006
CLERK                                DATE

_____
(By) DEPUTY CLERK

**PLAINTIFF'S EXHIBIT 1**



US OFFICIAL MAIL
$300 Penalty For Private Use
016H16601047
$01.48⁰
07/17/2007
Mailed From 20530
US POSTAGE
Hasler

Victor Hayes
6200 Breezewood Drive
Apt. 304
Greenbelt, MD 20770

**PLAINTIFF'S EXHIBIT 2**