UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOR HAYES,

    Plaintiff,

v.

ELAINE CHAO,
Secretary, U.S. Department of Labor,

    Defendant.

Civil Action No. 06–2207 (CKK)

**ORDER**
(August 7, 2007)

On August 2, 2007, Plaintiff, who is representing himself *pro se*, filed Plaintiff's Motion for Default Judgment Against Defendant. Plaintiff's Motion for Default Judgment states that Defendant's response to Plaintiff's Complaint was due July 16, 2007, but that Defendant did not serve Plaintiff with a copy of its Motion to Dismiss until July 17, 2007. However, the electronic docket indicates that Defendant's Motion to Dismiss was timely filed on July 16, 2007. Accordingly, Plaintiff's Motion for Default Judgment Against Defendant is DENIED.

The Court herein repeats that Defendant filed a Motion to Dismiss on July 16, 2007, and that Plaintiff is representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, this Court advises Plaintiff that he must respond to Defendant's Motion to

Dismiss no later than August 31, 2007. If Plaintiff does not respond by August 31, 2007, the Court shall treat the motion as conceded and dismiss the complaint without further notice.

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge