UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOR HAYES                                )
6200 BREEZEWOOD DR.                         )
APT. 304                                    )
GREENBELT, MD  20770                        )
                                            )
       Plaintiff,                           )
                                            )
V.                                          )   Civil Action No.:06-2207 CKK
                                            )
ELAINE CHAO                                 )
SECRETARY, U.S. DEPARTMENT OF LABOR         )
200 CONSTITUTION AVE., N.W.                 )
WASHINGTON, DC  20210                       )
                                            )
       Defendant.                           )


**PLAINTIFF'S MOTION TO ORDER DEFENDANT TO REASSIGN UNDERSIGNED COUNSEL AND PLAINTIFF'S REQUEST FOR THIRTY DAY EXTENSION TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Hayes respectfully moves this Honorable Court to order Defendant DOL to reassign undersigned counsel and grant Plaintiff Hayes a thirty day extension to file a response to Defendant DOL's Motion to Dismiss, as reason therefore, states as follows:

I. **Defendant DOL Obtained Its Extension Of Time Under Rule 6(b)(1)To Serve An Answer To Plaintiff Hayes' Complaint Under False Pretenses**

1) Defendant DOL's "*Defendant's Protective and Opposed Motion for an Extension of Time to File Its Response to Plaintiff's Complaint*" filed with this Honorable Court on June 15, 2007 contained the following statement regarding the correct contact information for the United States Attorney's Office:

> ...*undersigned counsel noted that plaintiff filed a certificate of service and letter from the Postal Service indicating that the Complaint was delivered to an "R. Carson" on April 16, 2007 at "501 3rd Street, NW" which is the street address of the Civil Division, but not the mailing address of the United States Attorney's Office.*

Plaintiff's Exhibit 1.

RECEIVED
AUG 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2) Defendant DOL's June 15, 2007 pleading submitted to this Honorable Court vehemently denied that 501 3rd Street, NW was the correct contact information for the United States Attorney's office.

3) However, when Defendant DOL filed their "*Defendant's Motion to Dismiss*" with this Honorable Court on July 16, 2007, Defendant DOL had the audacity to use 501 3rd Street, NW as the contact information for the United States Attorney's Office. Plaintiff's Exhibits 2 and 3.

4) In conclusion, Defendant DOL intentionally created confusion regarding the United States Attorney's Office being served with Plaintiff Hayes' complaint on April 16, 2007 at 501 3rd Street, NW in order to leverage Rule 6(b)(1) into a 30-day extension from this Honorable Court.

Wherefore, Plaintiff Hayes, respectfully requests:

1) That this Honorable Court order Defendant DOL to reassign Plaintiff Hayes' case to another group of undersigned counsel because of questionable practices by Defendant DOL's current undersigned counsel; and

2) Grant Plaintiff Hayes a 30-day extension to file his answer to Defendant DOL's motion to dismiss.

_____  
Victor Hayes  
Plaintiff, Pro Se

_____  
8-21-07  
Date

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 21, 2007 the forgoing Plaintiff's Motion To Order Defendant To Reassign Undersigned Counsel And Plaintiff's Request For Thirty Day Extension To File Response To Defendant's Motion To Dismiss was served by U.S. Postal Service Certified Mail on the following:

<u>Agency's Representative, BY U.S. Postal Service Certified Mail</u>

Alexander D. Shoaibi
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Room E-4218
Washington, DC  20530


_____
Victor Hayes
Plaintiff, Pro Se

8-21-07
_____
Date

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ELAINE CHAO, Secretary, U.S. Department ) <br> of Labor ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-2207(CKK) |

**DEFENDANT'S PROTECTIVE AND OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Elaine Chao, Secretary, U.S. Department of Labor, respectfully moves for a protective extension of time to file its response to the Complaint filed by plaintiff pro se. The records of the Civil Division of the United States Attorney's Office indicate that the Complaint in this case was received on April 23, 2007 by Docket Clerk Lakesha Carroll. (See attached page from service book, marked as defendant's exhibit #1; See attached summons with the stamp "Received 4/23/07" marked as defendant's exhibit #2), thus making defendant's response due on or before June 25, 2007. In checking the Court's docket on Pacer, undersigned counsel noted that plaintiff filed a certificate of service and letter from the Postal Service indicating that the Complaint was delivered to an "R. Carson" on April 16, 2007 at "501 3rd Street, NW" which is the street address of the Civil Division, but not the mailing address of the United States Attorney's Office. Undersigned counsel has confirmed that nobody by the name of R. Carson was "designated by the United States Attorney in a writing filed with the clerk of court," nor is an R. Carson "the civil process

PLAINTIFF'S EXHIBIT 1

adverse employment action. For the foregoing reasons, the Defendant requests that the complaint in this matter be dismissed with prejudice.

Respectfully submitted,

\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

**PLAINTIFF'S EXHIBIT 2**

**Victor Hayes**

**From:** Shoaibi, Alexander D. (USADC) [Alexander.D.Shoaibi@usdoj.gov]
**Sent:** Thursday, August 02, 2007 11:10 AM
**To:** Victor Hayes
**Subject:** RE: Correct Mailing Address Regarding Civil Action Number 06-2207 - 3rd Request

Mr. Hayes,

The correct mailing address is the first one you list, Alexander D. Shoaibi, Assistant United States Attorney, United States Attorney's Office for the District of Columbia, Civil Division, 555 4th Street, NW, Room E-4218, Washington, DC, 20530.

I am the Assistant U.S. Attorney who is directly handling your case, so, in the future, please address correspondence, whether by e-mail or regular mail, to my attention only, and not to either Mr. Contreras or Mr. Taylor. And, as always, you can call me at (202) 514-7236. Thank you.

Alexander Shoaibi
Assistant U.S. Attorney

**From:** Victor Hayes [mailto:victorh@umich.edu]
**Sent:** Wednesday, August 01, 2007 9:29 PM
**To:** Taylor, Jeff (USAFLM); Contreras, Rudolph (USADC); Shoaibi, Alexander D. (USADC)
**Subject:** Correct Mailing Address Regarding Civil Action Number 06-2207 - 3rd Request

Dear DOL Undersigned Attorneys,

Can U.S.P.S. mail to the United States District Court for the District of Columbia's Civil Division be sent to either mailing addresses below which were obtained from your two pleadings filed with the United States District Court for the District of Columbia? Thanks.

PLAINTIFF'S EXHIBIT 3

8/20/2007

/s/Alexander D. Shoaibi
_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4218
Washington, D.C. 20530
Ph: (202) 514-7236
Fax: (202) 514-8780

# AND

__/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

**From:** Victor Hayes [mailto:victorh@umich.edu]
**Sent:** Monday, July 23, 2007 10:30 PM
**To:** rudolph.contreras@usdoj.gov; alexander.d.shoaibi@usdoj.gov; Jeff.taylor@usdoj.gov
**Subject:** Correct Mailing Address Regarding Civil Action Number 06-2207 - 2nd Request

Hello DOL Undersigned Attorneys,

Please confirm the mailing address of the United States District Court for the District of Columbia's Civil Division for filing purposes. I have deadlines to meet.

8/20/2007