UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**VICTOR HAYES**           :
                           :
    Plaintiff          :
                           :
    v.                 :   Civil Action No.  **06cv2207**
                           :   (CKK)
**ELAINE CHAO**            :
Secretary, U.S. Department of Labor :
                           :
    Defendant          :
                           :

---

**ORDER**
(August 23, 2007)

On August 21, 2007, Plaintiff, *pro se,* filed [11] *Plaintiff's Motion to Order Defendant to Reassign Undersigned Counsel and Plaintiff's Request for Thirty Day Extension to File Response to Defendant's Motion to Dismiss.*

Accordingly, it is this 23rd day of August, 2007,

**ORDERED** that the Plaintiff's two-part motion [11] is hereby *Granted in part* and *Denied in part* as set out below:

1. *Plaintiff's Request for Thirty Day Extension to File Response to Defendant's Motion to Dismiss* is granted.  Plaintiff shall have until and including **September 30, 2007**, to respond to defendant's previously filed motion or the motion shall be considered conceded.

2. *Plaintiff's Motion to Order Defendant to Reassign Undersigned Counsel* is hereby Denied.  For the purposes of accepting service of process, the address for the U.S. Attorney's Office Civil Division is 555 Fourth Street, NW, E-4218, Washington, D.C. 20530, at which

location agents are authorized to accept service. The work address of the assigned AUSA in this case is a different location and pleadings can be sent to the assigned AUSA at that address as indicated on his pleading.

**SO ORDERED**

Aug. 23, 2007
Date

**COLLEEN KOLLAR-KOTELLY**
**United States District Judge**

Copies to:

Victor Hayes
Apartment 304
6200 Breezewood Drive
Greenbelt, MD 20770

Alexander D. Shoaibi, AUSA
U.S. Attorney's Office
Civil Division, Room #-4218
555 4th Street, NW
Washington, D.C. 20530