# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES<br>6200 BREEZEWOOD DR.<br>APT. 304<br>GREENBELT, MD  20770<br><br>    Plaintiff,<br><br>V.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC  20210<br><br>    Defendant. | Civil Action No.:06-2207 CKK |

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Hayes, hereby submits this "Memorandum in Opposition to Defendant's Motion to Dismiss." Defendant DOL has moved to dismiss this matter pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that Plaintiff Hayes failed to meet the statutory deadlines and Plaintiff Hayes failed to state a claim upon which relief can be granted. Defendant's claims are without merit. Accordingly, Plaintiff Hayes respectfully moves this Honorable Court to deny Defendant DOL's Motion to Dismiss, as reason therefore, states as follows:

### I. Defendant DOL Asserts That "Plaintiff Failed To Meet The Statute of Limitations."

1) Plaintiff Hayes lodged his request to proceed in forma pauperis ("IPF") on December 4, 2006 (seven days before the limitations period expired on December 11, 2006), which had the effect of tolling the limitations period until the court denied Plaintiff Hayes' IFP request. Plaintiff's Exhibit 1. Plaintiff Hayes received his IFP denial on December 22, 2006. Plaintiff's Exhibit 2. Once Plaintiff Hayes actually learned of the IFP denial, he

RECEIVED
OCT - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

acted swiftly to file his complaint. Plaintiff Hayes filed his complaint within seven days, i.e., on December 26, 2006, from the day he learned the court had denied his IFP request.

2) Plaintiff Hayes had seven days remaining from December 22, 2006. To preserve his claim, Plaintiff Hayes had to pay the filing fee and file his complaint on or before December 29, 2006.

## II. Defendant DOL Asserts That "Plaintiff's Complaint Fails To State A Claim Upon Which Relief May Be Granted."

1) Defendant DOL has been aware since November 2001 that Plaintiff Hayes is owed significantly more annual leave and sick leave than his leave balance currently states. Plaintiff's Exhibit 3. Defendant DOL denied Plaintiff Hayes the opportunity to audit his own annual and sick leave balances. Plaintiff's Exhibits 4 and 5. Defendant DOL was supposed to perform an audit of Plaintiff Hayes' annual and sick leave balances after Plaintiff Hayes's separation of employment from Defendant DOL on December 13, 2002. Plaintiff's Exhibit 6. On May 9, 2005, Defendant DOL employee David Peña lied regarding the existence of a completed audit of Plaintiff Hayes' annual and sick leave balances. Plaintiff's Exhibit 7. On December 6, 2005 Defendant DOL employee Mike Allen again lied about the existence of a completed audit of Plaintiff Hayes' annual and sick leave balances that Plaintiff Hayes inquired about in April 2005. Plaintiff's Exhibit 8.

2) Because of Defendant DOL's past discriminatory actions against Plaintiff Hayes, Mr. Hayes is still reluctant to apply for federal employment until he can verify the contents of his Official Personnel Folder ("OPF") with a neutral third-party such as the National

2

Personnel Records Center ("NPRC"). Until Plaintiff Hayes put Defendant DOL on notice in April 2007 regarding the missing audit of his annual and sick leave balances, Defendant DOL would have continued discriminatory business as usual by omitting this vital document from Plaintiff Hayes OPF. Once hired, Plaintiff Hayes' employment with any employing federal agency would be jeopardized because any requests to the NPRC for Plaintiff Hayes' OPF to verify information such as pay plan or annual\sick leave balances will result in a null query and loss of employment. Plaintiff Hayes will continue incurring damages regarding lost income due to missed federal employment opportunities until this case is resolved in Plaintiff Hayes' favor. Defendant DOL is exercising the ultimate adverse employment action over Plaintiff Hayes to perspective federal employers by holding Plaintiff Hayes' OPF hostage. Plaintiff's Exhibit 9.

3) Defendant DOL's adverse discriminatory actions against Plaintiff Hayes include, denying Plaintiff Hayes the opportunity to rectify his own annual and sick leave balances. Other adverse discriminatory actions from Defendant DOL include several of Defendant DOL's employees conspiring to lie about the existence of Plaintiff Hayes' audit of his annual and sick leave balances to circumvent Plaintiff Hayes' participation in the EEO process. Defendant DOL's adverse discriminatory actions against Plaintiff Hayes has resulted in damages in the form of permanent loss of several weeks of Plaintiff Hayes' annual and sick leave balances, and missed federal job opportunities for Plaintiff Hayes. As the attached evidence shows, Plaintiff Hayes' damages are directly traceable to the conduct of Defendant DOL in refusing to correct Plaintiff Hayes' annual and sick leave balances.

Wherefore, Plaintiff Hayes, respectfully requests:

1) That this Honorable Court determines that equitable tolling is appropriate and exercise its equitable powers to toll the 90-day filing period; and

2) Review Plaintiff Hayes' claim for which relief may be granted; and

3) Deny Defendant DOL's Motion to Dismiss.

_____          10-1-07
Victor Hayes                                                         
Plaintiff, Pro Se                                       Date

4

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on October 1, 2007 the forgoing Plaintiff's Memorandum In Opposition To Defendant's Motion To Dismiss was served by U.S. Postal Service Certified Mail on the following:

Agency's Representative, BY U.S. Postal Service Certified Mail

Alexander D. Shoaibi
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Room E-4218
Washington, DC  20530


_____           10-1-07
Victor Hayes                    Date
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES<br>6200 BREEZEWOOD DR.<br>APT. 304<br>GREENBELT, MD 20770<br>301.520.5404<br><br>Plaintiff,<br><br>V.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC 20210<br><br>Defendant. | Civil Action No.:_____<br><br>JURY TRIAL DEMANDED |

## VERIFIED COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., against Defendant Elaine Chao, Secretary, U.S. Department of Labor for employment discrimination on the basis of race, color, sex, and retaliation for prior EEO activity for failure to correct Plaintiff Victor Hayes' annual and sick leave balances.

### JURISTICTION AND VENUE

2. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this Court because the Defendant is located in the District of Columbia, and all relevant actions took place in the District of Columbia.

RECEIVED
DEC - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1

PLAINTIFF'S EXHIBIT 1



Victor Hayes
6200 Breezewood Dr.
Apt 304
Greenbelt, MD 20770

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

**PLAINTIFF'S EXHIBIT 2**

## Victor Hayes

**From:** McMichael_M
**Sent:** Wednesday, November 07, 2001 8:04 AM
**To:** Hayes_Victor
**Subject:** RE: My ATA Timesheet

I did notice that the systems are not in agreement when I saw your last earnings and leave statement. If Serah's experience is any indication, it's not going to be an easy thing to straighten out. Esther can ask for an audit, but I may have to co-sign her request. -M

-----Original Message-----
**From:** Hayes_Victor
**Sent:** Tuesday, November 06, 2001 6:04 PM
**To:** McMichael_M
**Cc:** Dillingham_E
**Subject:** My ATA Timesheet

I need to audit my leave statements. The two systems do not agree.

Esther, how far back do I need to go.

<< OLE Object: Paintbrush Picture >>

PLAINTIFF'S EXHIBIT 3

1

# Victor Hayes

**From:** McMichael_M
**Sent:** Friday, February 08, 2002 11:08 AM
**To:** Hayes_Victor
**Cc:** Reed_K; StHill_C; McMichael_M
**Subject:** RE: Email Assignment

You can sort that all out after you have completed answering the outstanding emails assigned to you.

> -----Original Message-----
> **From:** Hayes_Victor
> **Sent:** Friday, February 08, 2002 11:04 AM
> **To:** McMichael_M
> **Cc:** Reed_K; StHill_C
> **Subject:** RE: Email Assignment
>
> My current earnings and leave statement has 3.5 hours of sick time listed for me. This is way off. I can't even be sick for a whole day (you need at least 5 hours to cover core hours).
>
>> -----Original Message-----
>> **From:** McMichael_M
>> **Sent:** Friday, February 08, 2002 11:00 AM
>> **To:** Hayes_Victor
>> **Cc:** Reed_K; StHill_C; McMichael_M
>> **Subject:** RE: Email Assignment
>>
>> Victor, you do not take directions from Esther. My direct order to you supersedes her instruction.
>>
>>> -----Original Message-----
>>> **From:** Hayes_Victor
>>> **Sent:** Friday, February 08, 2002 10:58 AM
>>> **To:** McMichael_M
>>> **Cc:** Reed_K; StHill_C; Dillingham_E
>>> **Subject:** RE: Email Assignment
>>>
>>> When Esther handed me my latest earnings and leave statements the other day, she said that I should perform the audit ASAP.
>>>
>>>> -----Original Message-----
>>>> **From:** McMichael_M
>>>> **Sent:** Friday, February 08, 2002 10:54 AM
>>>> **To:** Hayes_Victor
>>>> **Cc:** Reed_K; StHill_C; McMichael_M
>>>> **Subject:** RE: Email Assignment
>>>>
>>>> Victor,
>>>>   You may perform this administrative task after you have completed answering the outstanding emails assigned to you.
>>>>   Sincerely,
>>>>   Mary McMichael
>>>>
>>>>> -----Original Message-----
>>>>> **From:** Hayes_Victor
>>>>> **Sent:** Friday, February 08, 2002 10:42 AM
>>>>> **To:** McMichael_M
>>>>> **Cc:** Reed_K; StHill_C; Dillingham_E
>>>>> **Subject:** RE: Email Assignment
>>>>>
>>>>> Mary, I currently performing an administrative assignment. My earnings and leave statement listing annual and sick leave does not agree with the ATA time system. I have audit these for at least the previous six months, if not the previous year. Let me know if it is OK to perform this administrative duty during work hours. Thanks.
>>>>>
>>>>> Esther, is there a time frame for me to perform this audit?

**PLAINTIFF'S EXHIBIT 4**

## Victor Hayes

| | |
|---|---|
| **From:** | Henry_Luvenee |
| **Sent:** | Thursday, June 27, 2002 8:01 AM |
| **To:** | Hayes_Victor; McCain_S |
| **Cc:** | Henry_Luvenee |
| **Subject:** | RE: Extension for Completing the Audit and Verification of Leave Balances Form |

If you need the additional time we will grant it. Hopefully you will be able to complete all your assignments and get back to the audit within the 10 days. Thank you for the update so we will know not to bug you for your letter.

-----Original Message-----
From: Hayes_Victor
Sent: Wednesday, June 26, 2002 12:55 PM
To: McCain_S
Cc: Henry_Luvenee; Hayes_Victor
Subject: Extension for Completing the Audit and Verification of Leave Balances Form

Hello,

On Friday June 21, 2002 I met with Sandy McCain to discuss the disparities in my leave balances. After my meeting with Sandy, I received a dated memorandum where I agreed to return completed within 10 work days.

Yesterday my supervisor informed me that I must complete a non-mission critical assignment before I can continue auditing my leave balances before the 10 work day deadline. I informed her of this 10 work day deadline and even gave her a copy of the dated memorandum. She still insisted I complete this other assignment before continuing the audit of my leave balances. It is going to take much longer than 10 work days to complete this non-mission critical assignment before I can resume auditing my leave balances.

Several months ago I wanted to reconcile my leave balances (see attachment) and my supervisor denied my request to use administrative time for the audit. However, because this time I officially acknowledged receipt of the memorandum from Luvenee Henry, I want to request more time to complete the audit.

Please let me know how to proceed. Thanks.

Victor Hayes

1   PLAINTIFF'S EXHIBIT 5

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Hayes, Victor A | 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 | 04-14-1963 | 12-13-2002 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 317 | Resignation |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| RPM | Reg 715.202 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
ECONOMIST
Job Code (PD):   HH051D

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Lvl | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0110 | 11 | 04 | $51,115.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $45,851.00 | $5,264.00 | $51,115.00 | $0 |

14. Name and Location of Position's Organization
Bureau of Labor Statistics
BLS, OCOMM
OFFICE OF PUB & SPECIAL STUDIES
OPUB & SPECIAL STUD, D/INFO SERV

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Lvl | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

22. Name and Location of Position's Organization

## EMPLOYEE DATA

| 23. Veterans Preference | | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|---|
| 1 | 1-None  2-5 Point | 3-10 Point/Disability  4-10 Point/Compensable | 5-10 Point/Other  6-10 Point/Compensable/30% | 1 | 0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  [X] NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|
| 90 | Basic + Option B (3x) | 9 | Not Applicable | 0 |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| K | FERS and FICA | 07-20-1997 | F | Full Time | |

## POSITION DATA

| 34. Position Occupied | | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|---|
| 1 | 1-Competitive Service  2-Excepted Service | 3-SES General  4-SES Career Reserved | E | E-Exempt  N-Nonexempt | J653W6DCP633X1101000 | 0010 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON  Dist Columbia  DC  USA |

| 40. Agency Data | 41. | 42. | 43. | 44. PAR Number: |
|---|---|---|---|---|

45. Remarks
- SF-2821 and SF-2810 issued.
- Forwarding address: 6200 Breezewood Drive #304 Greenbelt, MD 20770
- Lump-sum payment to be made for any unused annual leave.
- Reason for resignation: Personal

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. Department of Labor | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Eleanor Smith |
|---|---|---|---|
| DLLS | 3144 | 02-10-2003 | ACTING DIRECTOR, HUMAN RESOURCES |

2 - OPF Copy - Long-Term Record - DO NOT DE

**PLAINTIFF'S EXHIBIT 6**

**Victor Hayes**

**From:** Pena, David - SOL [pena-david@dol.gov]
**Sent:** Monday, May 09, 2005 4:04 PM
**To:** victorh@umich.edu
**Subject:** leave audit

Dear Mr. Hayes: I have been asked to respond to your inquiries regarding your sick leave balance at the time you were separated from the Department of Labor. I have a copy of that audit, and will forward it to you when you provide me a mailing address by email. Please advise me as to what your concern is regarding your sick leave balance. As you know, federal employees are not compensated for unused sick leave upon leaving government service.

You may direct all further inquiries to me at the following address:

David L. Peña
Office of the Solicitor
U.S. Dept. of Labor
Room N-2428
200 Constitution Ave. N.W.
Washington, D.C. 20210

I request that all further communications directed to the Department of Labor by you regarding your employ with BLS be sent to me. Be advised that BLS personnel will no longer respond to your e-mail inquiries.

**PLAINTIFF'S EXHIBIT 7**

**Victor Hayes**

| | |
|---|---|
| **From:** | Allen, Mike - BLS [Allen.Mike@bls.gov] |
| **Sent:** | Tuesday, December 06, 2005 5:25 PM |
| **To:** | Victor Hayes |
| **Subject:** | RE: Leave Audits |
| **Attachments:** | RE: Advance Sick Leave |

Victor,

As I indicated in the attached email message I sent to you on June 1, 2005, there were two audits of your leave as recorded on Records of Leave Data, Standard Form 1150. One was signed by Kay Reed on April 11, 2003, and one was signed by Tonya Robertson on June 1, 2005.

I informed you that the corrected Standard Form 1150, dated June 1, 2005, will be maintained in your Official Personnel File (OPF), and the incorrect Standard Form 1150, dated April 11, 2003, has been removed from your OPF. We provided you copies of both of them as indicated in the third paragraph of the attached email message.

Mike Allen
Labor Relations Officer
Division of Human Resources
 and Organization Management
Bureau of Labor Statistics
(202) 691-5512

-----Original Message-----
**From:** Victor Hayes [mailto:victorh@umich.edu]
**Sent:** Sunday, December 04, 2005 1:48 AM
**To:** Allen, Mike - BLS
**Cc:** Constantine, Peter - SOL; Secretary Elaine Chao; Rose, Sydney - BLS; Utgoff, Kathleen - BLS; Culp, James E - ESA; Sandifer, Amy - BLS; Lacey, Dan - BLS
**Subject:** Leave Audits

Mr. Allen,

I have a copy of the June 2005 audit regarding my sick/annual leave balances mentioned by Mr. Constantine below. I am positive that there are no other audits that exist regarding my sick/annual leave balances. If any other audits exist regarding my sick/annual leave balances, please send a copy to me as soon as possible. Thanks.

Victor Hayes
6200 Breezewood Dr.
Apt. 304
Greenbelt, MD 20770

-----Original Message-----
**From:** Constantine, Peter - SOL [mailto:Constantine.Peter@dol.gov]
**Sent:** Tuesday, June 14, 2005 5:31 PM
**To:** Victor Hayes
**Subject:**

Mr. Hayes:

This is in response to your June 12, 2005, e-mail. In the e-mail, you inquire as to when audits of your leave

**PLAINTIFF'S EXHIBIT 8**

**Victor Hayes**

| | |
|---|---|
| **From:** | Rose, Sydney - BLS [Rose.Sydney@bls.gov] |
| **Sent:** | Friday, September 02, 2005 12:31 PM |
| **To:** | 'victorh@umich.edu' |
| **Cc:** | Allen, Mike - BLS; Lacey, Dan - BLS; Utgoff, Kathleen - BLS; Robertson, Tonya - BLS |
| **Subject:** | RE: Advance Sick Leave |

Mr. Hayes: I have verified that your Official Personnel Folder is in the custody of Mike Allen, the BLS Labor Relations Officer. The OPF is in a locked file cabinet in Mr. Allen's office. His office is also locked when he is not present. There is no evidence that your OPF, or the information contained therein, has been compromised. Your file was retained here (rather than transmitted to St. Louis) in accordance with guidance from the Department of Labor's Solicitor's Office.

If you would like to review your file, you should contact Mr. Allen who will make appropriate arrangements with you. He can be reached directly on (202) 691-5512.

*Sydney Rose*

*Sydney T. Rose*
*Director of Human Resources*
*Bureau of Labor Statistics*
*Postal Square Building -- Room 4280*
*2 Massachusetts Avenue, NE*
*Washington, DC   20212*
*(202) 691-6601*
*FAX: (202) 691-6610*
*Rose_S@bls.gov*

> -----Original Message-----
> **From:** Victor Hayes [mailto:victorh@umich.edu]
> **Sent:** Thursday, September 01, 2005 10:44 PM
> **To:** Robertson, Tonya - BLS
> **Cc:** Allen, Mike - BLS; Lacey, Dan - BLS; Rose, Sydney - BLS; Chao, Elaine; Utgoff, Kathleen - BLS
> **Subject:** Advance Sick Leave
>
> Ms. Robertson,
>
> Just for clarification for when you respond to Ms. Rose's inquiry, I simply want to know the date the BLS' sent my Official Personnel File (OPF) to the National Personnel Records Center (NPRC) because my OPFs were not retired to the National Personnel Records Center 120 days after my separation from the Department of Labor in 2002. If the Department of Labor has yet to forward my OPF to the NPRC, please state the reason why my OPF has not been forwarded to the NPRC.
>
> In addition, in this age of identity theft, I am concerned regarding my OPF with my Social Security Number, as well as other privacy protected information, abandoned in an insecure area of Ms. Rose's office ("we discovered your OPF in a box that contained documents maintained by a retired DHROM employee").
>
> Victor Hayes

**PLAINTIFF'S EXHIBIT 9**