UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR HAYES,** )<br>      Plaintiff, )<br>      v. )<br>**ELAINE L. CHAO,** )<br> Secretary of the United States Department )<br> of Labor, )<br>      Defendant ) | C.A. No.: 06-2207 (CKK) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY

Defendant Elaine L. Chao, Secretary of the U.S. Department of Labor (hereinafter "DOL" or Defendant), through her undersigned attorneys, hereby moves for a two week enlargement of time to October 26, 2007 to file a reply in support of its motion to dismiss.  Plaintiff has clearly stated that he opposes defendant being granted any enlargements of time in this case.  The requested enlargement is justified for the following reasons:

    1. Undersigned counsel will be unable to complete the reply in this case for filing on or before October 12, 2007 (the date by which a reply would be due based on plaintiff's mailing of his opposition on October 1, 2007), because agency counsel, due to numerous commitments in other cases, is unable to assist undersigned counsel in investigating factual allegations contained in plaintiff's opposition.

    2. Undersigned counsel requests an additional two weeks to file the reply so that with the assistance of agency counsel, he can respond to the substance of plaintiff's opposition.

    3. Undersigned counsel is aware of this Court's policy that motions for enlargement of time should be filed four business days in advance of the deadline, but

was unaware that defendant would need additional time to file its reply until the date of filing this motion due to the aforementioned circumstances.

    4. The requested enlargement of time to file a reply would be in the interests of justice and would not unduly prejudice plaintiff.

                           Respectfully submitted,

                           __/s /_____
                           JEFFREY A. TAYLOR, D.C. BAR #498610
                           United States Attorney

                           __/s/_____
                           RUDOLPH CONTRERAS, D.C. BAR #434122
                           Assistant United States Attorney

_____    __/s/_____
                           ALEXANDER D. SHOAIBI, D.C. BAR #423587
                           Assistant United States Attorney
                           5O1 Third Street, N.W., Rm E-4218
                           Washington, D.C.  20530
                           (202) 514-7236

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October 2007, I caused the foregoing **Defendant's Motion for Enlargement of Time** to be served on plaintiff via first-class mail.

Victor Hayes
6200 Breezewood Drive
Apt. 304
Greenbelt, MD 20770

_/s/_
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR HAYES,** | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-2207 (CKK) |
| **ELAINE L. CHAO,** | ) |
| Secretary of the United States Department of Labor, | ) |
| Defendant | ) |

**ORDER**

**UPON CONSIDERATION** of defendant's motion for enlargement of time to file its reply in support of motion to dismiss, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall file its reply on or before October 26, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.