UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES<br>6200 BREEZEWOOD DR.<br>APT. 304<br>GREENBELT, MD 20770<br><br>     Plaintiff,<br><br>V.<br><br>ELAINE CHAO<br>SECRETARY, U.S. DEPARTMENT OF LABOR<br>200 CONSTITUTION AVE., N.W.<br>WASHINGTON, DC 20210<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:06-2207 CKK<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO ORDER DEFENDANT TO REASSIGN UNDERSIGNED COUNSEL

Plaintiff Hayes respectfully moves this Honorable Court to order Defendant DOL to reassign undersigned counsel, as reason therefore, states as follows:

I. **Defendant DOL Submitted To This Honorable Court A Certificate Of Service Stating Plaintiff Hayes Was Served With The Same Copy Of Defendant DOL's Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss**

1) Defendant DOL's filed with this Honorable Court on October 26, 2007 its Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss with a Certificate of Service stating that Plaintiff Hayes was served the same copy of the document. The document Defendant DOL served Plaintiff Hayes on October 26, 2007 contained substantive differences from the document filed with this Honorable Court such as using the term Plaintiff and Defendant interchangeably.

RECEIVED

NOV 2 8 2007

1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wherefore, Plaintiff Hayes, respectfully requests:

1) That this Honorable Court order Defendant DOL to reassign Plaintiff Hayes' case to
another group of undersigned counsel because of questionable practices by Defendant
DOL's current undersigned counsel.

_Victor Hayes_

Victor Hayes
Plaintiff, Pro Se

_11-28-07_

Date

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2007 the forgoing Plaintiff's Motion To Order Defendant To Reassign Undersigned Counsel was served by U.S. Postal Service Certified Mail on the following:

Agency's Representative, BY U.S. Postal Service Certified Mail

Alexander D. Shoaibi
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Room E-4218
Washington, DC  20530

_____                            11-28-07
Victor Hayes                                                   _____
Plaintiff, Pro Se                                                Date