UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HAYES,<br><br>    Plaintiff,<br><br>    v.<br><br>ELAINE L. CHAO,<br>Secretary, United States Department of Labor,<br><br>    Defendant. | Civil Action No. 06–2207 (CKK) |

**ORDER**
(March 31, 2008)

Based on the reasoning set forth in a Memorandum Opinion to follow, it is, this 31st day of March, 2008, hereby

**ORDERED** that Defendant's [8] Motion to Dismiss is granted; it is further

**ORDERED** that this case shall be dismissed in its entirety.

*This is a final, appealable order.*

                                         /s/                              
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge